# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-CV-00013-JCM-(GWF)

**ORDER**

    A notice of appeal (#6) has been filed in this action. However, it should have been filed in <u>Inmates of CCA/Southern Detention Center, et al., v. CCA/of Southern Nevada Detention Center, et al.</u>, Case No. 2:12-CV-00133-KJD-(VCF), but the plaintiffs in the other action put an incorrect case number on their notice of appeal.

    The court of appeals has issued a notice (#8) that it will not set a briefing schedule until this court, or the court of appeals, has determined whether a certificate of appealability should issue. This court will not issue a certificate of appealability because petitioner actually has not appealed anything. Petitioner should not take this order as any sort of decision on his petition for a writ of habeas corpus. The court is simply correcting an error caused by parties in an unrelated action.

    The court will not transfer the notice of appeal (#6) to <u>Inmates of CCA</u> because a notice of appeal already has been docketed in that action. For reasons not apparent, the plaintiffs decided to file a second notice of appeal.

///

///

1   IT IS THEREFORE ORDERED that a certificate of appealability is **DENIED**.

2   DATED April 6, 2012.

_____
JAMES C. MAHAN
United States District Judge