# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT HOLMES III,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:12-cv-00013-JCM-GWF

**ORDER**

Respondents having filed three motions for extensions of time (#19, #20, #21), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motions for extensions of time (#19, #20, #21) are **GRANTED**. Respondents shall have through August 26, 2013, to file and serve responses to petitioner's motion for relief from judgment (#16), motion for appointment of counsel (#17), and motion to correct fraud and forgery of petitioner's search warrants (#18).

DATED:  August 14, 2013.

_____
JAMES C. MAHAN
United States District Judge